1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8

9   Gonzalo Guevara-Hernandez,            )      No. CIV 08-0045-PHX-MHM (DKD)
                                          )
10              Petitioner,               )      **REPORT AND RECOMMENDATION**
                                          )
11   vs.                                  )
                                          )
12   Katrina Kane, et al.,                )
                                          )
13              Respondents.              )
                                          )
14   _____)

15   TO THE HONORABLE MARY H. MURGUIA, UNITED STATES DISTRICT JUDGE:

16          Gonzalo Guevara-Hernandez filed a petition for writ of habeas corpus pursuant to 28

17   U.S.C. § 2241, contending that his lengthy detention while his removal proceedings have

18   been pending is unlawful (Doc. #1).  On April 1, 2008, the Court ordered Respondents to

19   answer the petition; a copy of the Court's Order mailed to Guevara-Hernandez was returned

20   as unclaimed (Doc. ## 3, 5).  The Office of Chief Counsel for Immigration and Customs

21   Enforcement has verified that Guevara-Hernandez was deported on February 21, 2008.

22          **IT IS THEREFORE RECOMMENDED** that Gonzalo Guevara-Hernandez' petition

23   for writ of habeas corpus be **dismissed as moot** (Doc. #1).

24          DATED this 11ᵗʰ day of April, 2008.

25

26

27   _____
     David K. Duncan
     United States Magistrate Judge

28