IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gonzalo Guevara-Hernandez,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>Katrina Kane, et al.,<br><br>　　　　　Respondents. | No. CV 08-45-PHX-MHM<br><br>**ORDER** |

　　　　Petitioner, Gonzalo Guevara-Hernandez, filed his Petition for Writ of Habeas Corpus on January 8, 2008. The Office of Chief Counsel for Immigration and Customs Enforcement has verified that Guevara-Hernandez was deported on February 21, 2008.

　　　　The Magistrate Judge filed his Report and Recommendation on April 11, 2008 recommending that Petitioner's Petition for Writ of Habeas Corpus be dismissed as moot. The Court notes that the Petitioner's copy of the Report and Recommendation has been returned by the post-office with the notation "Unclaimed."

　　　　The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

　　　　IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court [8].

/ / /

1   IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed
2   as moot [1].
3   IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.
4   DATED this 4th day of June, 2008.

_____
Mary H. Murguia
United States District Judge